**Order entered December 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01066-CR

### SHARON HENNINGTON TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-20861-P**

## ORDER

The reporter's record was filed November 20, 2018. Missing from the reporter's record are:

- State's Exhibit #3, labeled "CD/911";

- State's Exhibit #92, labeled "CD/Donald Taylor's Phone Records";

- State's Exhibit #93, labeled "CD/Sharon Taylor's Phone Records";

- State's Exhibit #98, labeled "DVD/Interview";

- State's Exhibit #500 (duplicate number), labeled "DVD/January 1st video";

- State's Exhibit #700, labeled "DVD/Body Cam/Jessica Ryan";

- Defendant's Exhibit #10, labeled CD/911 Call 2010";

- Defendant's Exhibit #11, labeled "CD/911 Call 2013";

- Defendant's Exhibit #12, labeled "DVD/GSR Kit Video"; and

- Defendant's Exhibit #20, labeled "DVD/Body Cam of Jessica Ryan".

All exhibits were offered and admitted at trial.

We **ORDER** court reporter Lisabeth Kellett to file a supplemental reporter's record with true and correct playable copies of State's Exhibits #3, #92, #93, #98, #500, and #700, and Defendant's Exhibits #10, #11, #12, and #20 within **FIFTEEN DAYS** of the date of this order.


/s/    LANA MYERS
        JUSTICE